1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  KRISTINA GREEN (NYBN 5226204)
   CHRISTOFFER LEE (CABN 280360)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-6912
      FAX: (415) 436-7234
8     Kristina.green@usdoj.gov

9  Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,            )   NO. 20-CR-406 EMC
                                         )
15        Plaintiff,                     )   NOTICE OF DISMISSAL
                                         )
16     v.                                )
                                         )
17  ANDRE NICHOLAS GAY,                  )
                                         )
18        Defendant.                     )
                                         )
19

20       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21  States Attorney for the Northern District of California dismisses the above Information against ANDRE

22  NICHOLAS GAY without prejudice.

23

24  DATED:  September 16, 2022                       Respectfully submitted,

25                                                   STEPHANIE M. HINDS
                                                     United States Attorney
26

27                                                   */s/ Thomas A. Colthurst*
                                                     THOMAS A. COLTHURST
28                                                   Chief, Criminal Division

NOTICE OF DISMISSAL
No. 20-CR-406 EMC                                                                              v. 8/4/2021

[PROPOSED] ORDER

Leave is granted to the government to dismiss without prejudice the Information against ANDRE NICHOLAS GAY.

Date: September 30, 2022

_____
HON. EDWARD M. CHEN
Senior United States District Judge